UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

DAVID L. RHINEHART, *et al.*,

        Plaintiffs,        Civil Action No.: 11-11254
                                       Honorable Stephen J. Murphy, III
v.                                         Magistrate Judge Elizabeth A. Stafford

DEBRA SCUTT, *et al.*,

        Defendants.
_____/

**<u>STIPULATED ORDER TO EXTEND DISCOVERY FOR SOLE
PURPOSE OF COMPLETING NON-PARTY DEPOSITIONS</u>**

This matter having come before the Court upon the stipulation of the parties, the parties having tried diligently to schedule all lay depositions prior to the May 30, 2015 discovery deadline, but having not been able to do so due to scheduling conflicts, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the discovery deadline in the above-captioned matter is extended through **July 31, 2015**, for the sole purpose of completing non-party, lay witness depositions.

**IT IS FURTHER ORDERED** that all other deadlines shall remain unchanged. Specifically, nothing in this Order will be construed as changing or extending the deadlines for party depositions, written discovery, expert reports/disclosures, expert discovery, or the dispositive

motion deadlines.

**IT IS SO ORDERED.**

Dated: May 8, 2015                               s/Elizabeth A. Stafford
Detroit, Michigan                                ELIZABETH A. STAFFORD
                                                 United States Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 8, 2015.

                                                 s/Marlena Williams
                                                 MARLENA WILLIAMS
                                                 Case Manager